IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,

Plaintiff,

vs.

ASSETS OF MICHAEL L. OVERTON,

Defendant.

No. C 12-2041 WHA (PR)

**ORDER OF TRANSFER**

(Docket Nos. 1, 2, 4)

This is a civil rights case brought pro se by a state prisoner incarcerated at the California Men's Colony East ("CMC"). He seeks a return of assets in his trust account by officials at CMC and at the California Medical Facility ("CMF"). CMC and CMF are located within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith and terminate docket numbers 1, 2 & 4 from the docket in this case.

**IT IS SO ORDERED.**

Dated: June 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\OVERTON2041.TRN.wpd